IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 8:18-PO-127-DJS |
| | ) | | |
| v. | ) | **Information** | |
| | ) | | |
| **GABRIELA MICLESCU,** | ) | Violation: | 8 U.S.C. § 1325 [Improper Entry by Alien] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| Defendant. | ) | Counties of Offense: | Franklin and Clinton |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 17 2018
AT____O'CLOCK____
John M. Domurad, Clerk - Albany

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Improper Entry by Alien]**

On or about August 29, 2018, in Franklin and Clinton Counties in the Northern District of New York, the defendant, **GABRIELA MICLESCU**, an alien, eluded examination and inspection by immigration officers as she entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: October 17, 2018

GRANT C. JAQUITH
United States Attorney

By:  _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096